# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-5097 PA (BFMx) | Date | January 30, 2026 |
|---|---|---|---|
| Title | Dejuan Swanigan v. County of Los Angeles, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

The Court is in receipt of the Motion for Summary Judgment filed by defendant County of Los Angeles ("County") in this matter ("Motion"). (Docket No. 33.) In the Motion, County argues that the action against the individual defendants in this case, Matthew Landreth, Deputy Sheriff Cho, Deputy Sheriff Gillespie, and Deputy Sheriff Munoz ("Individual Defendants"), should be dismissed with prejudice for failure to prosecute under Fed R. Civ. P. 41(b) because the Individual Defendants were never served with a copy of the summons and complaint. (Motion at pp. 22-23.)

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). Here, the 90 day time period for service of the defendants has long since expired. Accordingly, the Court, on its own motion, orders plaintiff Dejuan Swangian ("Plaintiff") to show cause in writing on or before **February 9, 2026,** why the action against the Individual Defendants should not be dismissed for lack of prosecution under Rule 4(m). Defendant may file a response on or before **February 16, 2026.** Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of the responses. Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the Individual Defendants without prejudice.

IT IS SO ORDERED.