JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DEJUAN SWANIGAN,

        Plaintiff,

    v.

COUNTY OF LOS ANGELES, et al.,

        Defendants.

CV 25-5097 PA (BFMx)

JUDGMENT

       Pursuant to the Court's March 5, 2026 Minute Order, which granted summary judgment in favor of defendant County of Los Angeles (the "County") on plaintiff Dejuan Swanigan's ("Plaintiff") federal claim asserted against the County; dismissed all claims asserted by Plaintiff against defendants Los Angeles County Sheriff's Department Detective Matthew Landreth and Deputy Sheriffs Timothy Cho, Kyle Gillespie, and Ramon Munoz (collectively the "Individual Defendants") without prejudice for failure to prosecute; and declined to exercise supplemental jurisdiction over Plaintiff's remaining state law claims asserted against the County,

. . . .

. . . .

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of the County as to Plaintiff's fourth cause of action for municipal liability under 42 U.S.C § 1983, and that this claim is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's federal and state law claims asserted against the Individual Defendants are dismissed without prejudice for failure to prosecute.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims and those claims are dismissed without prejudice. See 28 U.S.C. § 1367(c)(3).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall take nothing on his federal claim, and that the County shall have its costs of suit.

IT IS SO ORDERED.

DATED: March 5, 2026

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE